Mark W. Kelsey, Attorney, SB#295818
877 Ygnacio Valley Rd., Ste. 208
Walnut Creek, CA 94596
(ph) 925.476.5761; (fax) 925.476.5771
mark@markwkelseylaw.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SOHEIL LATCHMAN | Case No.: 3:16-cv-05445-JD |
|---|---|
| Plaintiff | |
| vs. | |
| CONTRA COSTA COUNTY; AND CONTRA COSTA SHERIFF'S DEPUTIES PETES AND JOHN DOE NUMBER 1 (IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; STIPULATION OF COUNSEL** |
| Defendants | |

TO THIS HONORABLE COURT:

WHEREAS all remaining parties to this action who have appeared [1] have joined in the stipulation attached hereto, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

---

[1] Plaintiff voluntarily dismissed Defendant City of San Ramon when he chose not to file an amended complaint following the Court's grant of City of San Ramon's motion to dismiss, with leave to amend. The only defendant remaining in the action, who has appeared, is Contra Costa County.

Procedure, Plaintiff hereby gives notice that the above-captioned action is VOLUNTARILY DISMISSED WITHOUT PREJUDICE against all Defendants

Respectfully submitted on this 18th day of July, 2017.

/s/ Mark W. Kelsey
MARK W. KELSEY
*Counsel for Plaintiff*

### STIPULATION OF ALL COUNSEL:

IT IS HEREBY STIPULATED AND AGREED, by and between all parties through their respective counsels, that the above-titled action shall be dismissed without prejudice as to all defendants, with each party to bear its own costs and fees.

Dated: July 18, 2017     SHARON L. ANDERSON
                         COUNTY COUNSEL

                         By:   /s/ Nima E. Sohi
                               NIMA E. SOHI, Esq.
                               Deputy County Counsel
                               Attorney for Defendant,
                               CONTRA COSTA COUNTY

Dated: July 18, 2017     By:   /s/ Mark W. Kelsey
                               MARK W. KELSEY, Esq.
                               Law Offices of Mark W. Kelsey
                               Attorney for the Plaintiff